Estimado juez Scola,

mi nombre es Yenelba Lorena Blandford Lewin tengo 36 años de edad soy la hermana Mayor de Danny Thyne.

Puedo decir que mi hermano Danny Thyne es un hombre con muchos valores y principios. lastimosamente la situación que atravesamos durante el huracán Otta más la situación del país a raíz de la crisis sociopolítica llevo a mi hermano a tomar decisiones equivocadas, pero sé que lo ha hecho en busca de mejorar la calidad de vida de su familia.

Danny ha sido de gran ayuda como hermano mío ya que siempre me ha aportado económicamente con los gastos de mis hijos, soy una madre soltera y él como buen tío siempre ha tratado de velar por los intereses de sus sobrinos y el mío. la situación económica que surgió después del huracán ya que quedó devastado el lugar de trabajo o sea los cayos donde trabajaba él no le dio otra alternativa ya que si no sos del partido del gobierno no sos nada y no podéis obtener trabajo adjunto una foto mía y la de mis hijos.

_____

**Yenelba Blanford Lewin.**
**Celular # 505 5777-6001**

**[TRANLATION]**

May 5, 2022

Honorable Judge Scola

My name is Yanelba Lorena Blanford Lewin, I am 36 years old and I am the eldest sister of Danny Thyne.

I can say that my brother Danny Thyne is a man with many values and principles. Unfortunately, the situation we went through during Hurriane Otta plus the situation in the country as a result of the socio-political crisis let my brother to make the wrong decisions, but I know he has done so in search of improving the quality of life for his family.

Danny has been a great help as my brother as he has always supported me financially with the expenses of my children, I am a single mother and he, as a good uncle, has always tried to look after the interests of his nephews as well as mine. The economic situation that arose after the hurricane since his workplace was devastated, that is the keys where he worked, did not leave him with another alternative because if you are not from the government party, you are nothing and you cannot get a job.

Yenelba Lorena Blandford Lewin